UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Cook,<br><br>                   Petitioner,<br><br>    v.<br><br>Christopher Pfier,<br><br>                   Respondent. | Case No. 2:21-cv-02252-SVW-LAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: July 5, 2023

_____
Honorable Stephen V. Wilson
United States District Judge