1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Joseph Cook,

            Petitioner,

        v.

Christopher Pfier,

            Respondent.

Case No. 2:21-cv-02252-SVW-LAL

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 5, 2023

Honorable Stephen V. Wilson
United States District Judge